IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

CHARLES T. LODGE, :

                Case No. 3:10-cv-140

       Plaintiff,

                District Judge Timothy s. Black
                Magistrate Judge Michael R. Merz

  -vs-

MICHAEL J. ASTRUE,
COMMISSIONER OF
SOCIAL SECURITY,

       Defendant. :

### REPORT AND RECOMMENDATIONS

Plaintiff brought this action *pro se* pursuant to 42 U.S.C. §405(g) and 42 U.S.C. §1381(c)(3) as it incorporates §405(g), for judicial review of the final decision of Defendant Commissioner of Social Security (the "Commissioner") denying Plaintiff's application for Social Security benefits.  The Magistrate Judges at Dayton have adopted a General Order for the adjudication of cases of this type which requires a plaintiff to file his arguments as to why he or she is entitled to benefits in the form of a statement of specific errors not later than sixty days after the administrative record is filed.  In this case Plaintiff failed to file such a statement within the time allowed by the General Order.  On August 20, 2010, the Court ordered Plaintiff to shows cause not later than September 3, 2010, why this case should not be dismissed for want of prosecution or, in the alternative, to file his statement by that date.

Plaintiff has failed to respond to the Order to Show Cause. It is therefore respectfully recommended that the Complaint herein be dismissed without prejudice for lack of prosecution.

September 3, 2010.

s/ **Michael R. Merz**<br>United States Magistrate Judge

### NOTICE REGARDING OBJECTIONS

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to the proposed findings and recommendations within fourteen days after being served with this Report and Recommendations. Pursuant to Fed. R. Civ. P. 6(e), this period is automatically extended to seventeen days because this Report is being served by one of the methods of service listed in Fed. R. Civ. P. 5(b)(2)(B), (C), or (D) and may be extended further by the Court on timely motion for an extension. Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections. If the Report and Recommendations are based in whole or in part upon matters occurring of record at an oral hearing, the objecting party shall promptly arrange for the transcription of the record, or such portions of it as all parties may agree upon or the Magistrate Judge deems sufficient, unless the assigned District Judge otherwise directs. A party may respond to another party's objections within fourteen days after being served with a copy thereof. Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See United States v. Walters*, 638 F. 2d 947 (6th Cir., 1981); *Thomas v. Arn*, 474 U.S. 140, 106 S. Ct. 466, 88 L. Ed. 2d 435 (1985).